

# Fourth Court of Appeals
## San Antonio, Texas

September 14, 2022

No. 04-22-00568-CR

**IN RE** Jesse Ray **CASTILLA**

Original Proceeding[1]

**ORDER**

On September 1, 2022, relator filed a petition for writ of mandamus. After considering the petition and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is **DENIED**. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on September 14, 2022.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of September, 2022.

_____
Michael A. Cruz, Clerk of Court

---

[1]This proceeding arises out of Cause No. 2018CR1925, styled *The State of Texas v. Jesse Ray Castilla*, pending in the 290th Judicial District Court, Bexar County, Texas, the Honorable Jennifer Pena presiding.